AARON D. FORD
Attorney General
CARRIE L. PARKER
Deputy Attorney General
NV Bar No. 10952
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
State of Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
Email: cparker@ag.nv.gov
cvandenberg@ag.nv.gov

*Attorneys for Defendants State of Nevada and Brian Sandoval*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROWE, an individual,<br><br>Plaintiff,<br>vs.<br><br>THE STATE OF NEVADA (Tort Claims Act), et al.<br><br>Defendants. | Case No. 2:22-cv-00014-CDS-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO MOTION TO STAY DISCOVERY (ECF NO. 20)**<br><br>(FIRST REQUEST) |

Defendants State of Nevada, erroneously named as "The State of Nevada (Tort Claims Act)" ("the State") and Brian Sandoval (collectively with the State, "Defendants"), by and through counsel, and Plaintiff Michael Rowe in proper person, pursuant to LR IA 6-1, LR IA 6-2, hereby stipulate to extend the deadline for Plaintiff's response to motion to stay discovery (ECF No. 20) to Monday, April 25, 2022.

This is the first request for an extension of time for Plaintiff to file a response to the Motion to Stay Discovery, which was filed on March 28, 2022. The deadline was Thursday, April 14, 2022. However, this request is based on good cause and is not for purpose of delay.

1. On March 28, 2022, Defendants filed the Motion to Stay and supporting documents. ECF Nos. 20, 21, 21-1, 21-2.

. . . .

2. On March 28, 2022, Defendants mailed to Plaintiff's last known address copies of that day's filings, including the Motion to Stay and supporting documents (ECF Nos. 20, 21, 21-1, 21-2) as well as Mr. Sandoval's Motion to Dismiss (ECF No. 17).

3. On March 28, 2022, Defendants also emailed to Plaintiff copies of that day's filings, including the Motion to Stay and supporting documents (ECF Nos. 20, 21, 21-1, 21-2) as well as Mr. Sandoval's Motion to Dismiss (ECF No. 17).

4. On April 1, 2022, the Court granted in part and denied in part the parties' Discovery Plan and Scheduling Order. ECF No. 24.

5. On April 4, 2022, the Court filed notices of returned mail related to Minute Orders ECF Nos. 12, 23 that the Court had mailed to Plaintiff's last known address. ECF Nos. 26, 27. Thereafter, Defendants contacted Plaintiff to confirm his address. Plaintiff responded that his address had not changed, and the Post Office had made an error.

6. On April 11, 2022, Plaintiff filed his Opposition to Mr. Sandoval's Motion to Dismiss. ECF No. 28.

7. On the afternoon of Friday, April 15, 2022, Defendants learned that the envelope containing the Motion to Stay and supporting exhibits, which Defendants had mailed to Plaintiff's last known address on March 28, 2022, was returned to sender.

8. On the morning of Monday, April 18, 2022, the parties met and conferred via email. Plaintiff stated that he had thought discovery had been set and that he intended to file a response to the Motion to Stay Discovery.

9. The parties agreed to an extension to Monday, April 25, 2022 for any response to the Motion to Stay (ECF No. 20).

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

Upon agreement, the parties request that this Court grant Plaintiff an extension until Monday, April 25, 2022 to file a response to the Motion to Stay (ECF No. 20). This is the first request for an extension of this deadline.

DATED this 18th day of April 2022.

DATED this 18th day of ~~March~~ April 2022.

AARON D. FORD
Attorney General

By: *(signature)*
MICHAEL ROWE

*Plaintiff, in proper person*

By: *(signature)*
CARRIE L. PARKER
Deputy Attorney General
NV Bar No. 10952
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2110 (phone)
(775) 688-1822 (fax)
Email: cparker@ag.nv.gov
cvandenberg@ag.nv.gov

*Defendants State of Nevada and Brian Sandoval*

## ORDER

IT IS SO ORDERED.

Dated: April 19, 2022

*(signature)*
United States Magistrate Judge