AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Michael Rowe,

                Plaintiff,

v.

The State of Nevada, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00014-CDS-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case.

03/17/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ L. Ortiz  
Deputy Clerk